STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

C. Jerome D'Aquila
Attorney At Law
P.O. Box 866
New Roads LA 70760

REHEARING ACTION: May 12, 2010

Docket Number: 09   01259-CA

BERYL FITZGERALD
VERSUS
DANNY R. FITZGERALD

Appealed from Avoyelles Parish Case No. 2007-1364

BEFORE JUDGES:

Hon. John D. Saunders
Hon. Oswald A. Decuir
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Danny R. Fitzgerald** has this day been

DENIED.

cc: Cory Paul Roy, Counsel for the Appellee